### 2752. CURETON *v.* THE STATE.

POWELL, J. The decision of the case depends solely upon certain constitutional questions. These questions were certified by this court to the Supreme Court, and have been answered adversely to the plaintiff in error. 135 *Ga.* 660 (70 S. E. 332). Hence, the judgment is      *Affirmed.*

DECIDED MARCH 3, 1911.

Accusation of manufacturing liquor; from Dade superior court— Judge Fite. June 7, 1910.

*W. W. Cureton, W. U. & J. P. Jacoway, G. D. Lancaster, Maddox, McCamy & Shumate, Spears & Lynch,* for plaintiff in error.

*T. C. Milner,* solicitor-general, *George W. Stevens,* contra.